IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                              CRIMINAL ACTION NO.: 3:13CR018-SA

JAMES M. HARRIS, JR.                             DEFENDANT

ORDER ON MOTION

Pursuant to a hearing held this day, the Defendant's Joint Motion for Compromise of Criminal Monetary Penalty [38] is DENIED. The Court has no authority to grant the requested relief.

SO ORDERED, this the 17th day of June, 2016.

                                                 **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**